**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00891-REB-MEH

T&H LANDSCAPING , LLC, and
NORTHERN LANDSCAPE, INC.,

    Plaintiffs,

v.

COLORADO STRUCTURES INC.,
TIM PHELAN,
SCOTT NORMAN,
ROB OLDACH,
GARY KIGER,
TOM SHARKEY, and
JAMES FRANCIS,

    Defendants.

---

MINUTE ORDER[1]

---

    The Stipulated Withdrawal of Defendants' Motion to Dismiss [#8], filed July 21, 2006, shall be construed as a stipulated motion to withdraw the defendants' motion to dismiss and said motion is GRANTED.  Defendants' Motion to Dismiss [#8], filed July 21, 2006, is WITHDRAWN.

Dated:  August 15, 2006

-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.