IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and NORTHERN LANDSCAPE, INC.,

Plaintiffs,

v.

COLORADO STRUCTURES INC.; TIM PHELAN; SCOTT NORMAN;
ROB OLDACH; GARY KIGER; TOM SHARKEY; and JAMES FRANCIS

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 13, 2006.**

      Defendant's Unopposed Notice of Withdrawal of Motion to Dismiss Amended Complaint and Jury Demand [Filed September 13, 2006; Docket #25] is **granted**. Defendant's Motion to Dismiss [Docket #24] is hereby **withdrawn** without prejudice.