IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and NORTHERN LANDSCAPE, INC.,

    Plaintiffs,
v.

COLORADO STRUCTURES INC.; TIM PHELAN; SCOTT NORMAN;
ROB OLDACH; GARY KIGER; TOM SHARKEY; and JAMES FRANCIS

    Defendants.

## ORDER ON PLAINTIFF'S MOTION FOR RELIEF FROM MINUTE ORDER

Before the Court is Plaintiff's Motion for Relief from Minute Order [Docket #35]. The matter is briefed and has been referred to this Court [Docket #36]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **denies** the Motion.

Defendant filed a Motion for an Enlargement of Time to Respond and Object to Plaintiff's First Set of Discovery Requests, which Plaintiff opposed. Pursuant to Fed. R. Civ. P. 33 and 34, the Court may allow an enlargement of time if good cause is established. If the request is made out of time, the party must also establish excusable neglect. Fed. R. Civ. P. 6(b). Finding good cause, as stated in its Order, the Court granted Defendants' Motion. [Docket #33]. Plaintiff filed the instant Motion to Amend the Minute Order arguing that Defendants had already waived the right to object to Plaintiff's discovery requests because Defendant's Motion was filed out of time.

It is within the discretion of the trial court to allow such an extension, which this Court did. However, Defendants did not inform the Court that their requested extension was filed out of time, and the Court does not approve of this lack of candor. Even so, Plaintiff has not refuted the evidence

of good cause this Court previously found to allow the extension and has not established sufficient justification under Rule 60(b) to modify this Court's Order. For clarity, the Court expressly finds that Defendants' untimely-filed Motion resulted from excusable neglect, notably a standard lower than the good cause standard. Accordingly, Plaintiff's Motion for Relief from Minute Order Granting Defendants Extension to Answer and Object to Plaintiffs' First Set of Discovery Requests [Filed October 23, 2006; Docket #35] is **denied**.

Dated at Denver, Colorado this 5th day of December, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge