IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and NORTHERN LANDSCAPE, INC.,

    Plaintiffs,

v.

COLORADO STRUCTURES INC.; TIM PHELAN; SCOTT NORMAN;
ROB OLDACH; GARY KIGER; TOM SHARKEY; and JAMES FRANCIS

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2006.**

    Plaintiffs have requested that this Court issue citations of contempt against Home Depot and Circuit City for their failure to respond to subpoenas issued to them by Plaintiffs on September 25, 2006. Plaintiffs served copies of these motions on Defendants but do not certify that Home Depot and Circuit City have been served with their respective Motions for Contempt. Due process requires a party facing contempt proceedings to receive notice and an opportunity to be heard. Accordingly, Plaintiffs' Motion Requesting Issuance of Contempt Citation against Home Depot [Filed November 10, 2006; Docket #37] and Plaintiffs' Motion Requesting Issuance of Contempt Citation against Circuit City [Filed November 10, 2006; Docket #38] are **denied without prejudice** for failure to serve the respective motions on the parties Plaintiffs seek to hold in contempt.