IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and NORTHERN LANDSCAPE, INC.,

    Plaintiffs,

v.

COLORADO STRUCTURES INC.; TIM PHELAN; SCOTT NORMAN;
ROB OLDACH; GARY KIGER; TOM SHARKEY; and JAMES FRANCIS

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2006.**

    Defendant's Unopposed Motion to Amend Scheduling Order to Permit Private Mediation [Filed December 5, 2006; Docket #43] is **granted**. The settlement conference scheduled for December 12, 2006, is **vacated**, and the parties are no longer required to submit settlement statements to the Court.

    The parties are directed to submit joint status report regarding private mediation no later than January 31, 2007.