IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and NORTHERN LANDSCAPE, INC.,

    Plaintiffs,

v.

COLORADO STRUCTURES INC.; TIM PHELAN; SCOTT NORMAN;
ROB OLDACH; GARY KIGER; TOM SHARKEY; and JAMES FRANCIS

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 12, 2007.**

    Defendants' Motion for Protective Order to Vacate deposition of Gary Krieger [Filed January 18, 2007; Docket #54] is **granted** *nunc pro tunc*. The Court expects the parties to continue to work together in setting all future depositions in accordance with the Local Rules.