IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 06-cv-00891-REB-MEH                         Date:   June 26, 2007
Courtroom Deputy: Cathy Coomes                                **FTR – Courtroom C203**

---

T&H LANDSCAPING, LLC; and                                     Brian A. Murphy
NORTHERN LANDSCAPE, INC.;

Plaintiff(s);

vs.

COLORADO STRUCTURES INC.;                                     Stephen A. Hess
TIM PHELAN;
SCOTT NORMAN;
ROB OLDACH;
GARY KIGER;
TOM SHARKEY; and
JAMES FRANCIS;

Defendant(s).

---

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     9:20 a.m.

Court calls case.  Appearances of counsel by telephone.

Discussion regarding the Joint Motion to Modify Scheduling Order (Doc. #75, filed 6/21/07).

**ORDERED:**   The Joint Motion to Modify Scheduling Order (Doc. #75, filed 6/21/07) is GRANTED to the extent that the deadlines will be extended and DENIED to the extent that the deadline will not be the date requested in the motion.  The following deadlines are extended.

   1. Discovery cutoff:     **July 25, 2007**
   2. Dispositive Motions:  **August 3, 2007**
   3. Response to Dispositive Motions:    **August 17, 2007**
   4. Reply to Response to Dispositive Motions:   **September 7, 2007**

5.  The Final Pretrial Conference set for June 29, 2007, is VACATED and RESET to **September 26, 2007, at 9:45 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before September 21, 2007.**

6.  A Settlement Conference is set for **September 26, 2007, at 10:00 a.m.**  Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  Counsel should **e-mail** confidential settlement statements with attachments and exhibits to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before September 21, 2007,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

**Court in recess:**     9:34 a.m.   (Hearing concluded)
**Total time in court:**  0:14