IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and NORTHERN LANDSCAPE, INC.,

     Plaintiffs,

v.

COLORADO STRUCTURES INC.; TIM PHELAN; SCOTT NORMAN;
ROB OLDACH; GARY KIGER; TOM SHARKEY; and JAMES FRANCIS

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2007.**

Plaintiffs' Motion to Vacate and Reschedule the Hearing Set for August 30, 2007 [Filed August 9, 2007; Docket #90] is **granted in part** and **denied in part**. The hearing set for August 30, 2007, is **vacated**, as is the briefing schedule related to that hearing.

The Court will resolve the motions on the briefs, and the deadlines for responses and replies generally set forth in the Local Rules will govern.