IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-00891-REB-MEH                                Date:   September 18, 2007
Courtroom Deputy: Cathy Coomes                                      **FTR – Courtroom C203**

T&H LANDSCAPING, LLC, and                                           Brian A. Murphy
NORTHERN LANDSCAPE, INC.,

     Plaintiffs,

vs.

COLORADO STRUCTURES, INC.,                                          Stephen A. Hess
TIM PHELAN,
SCOTT NORMAN,
ROB OLDACH,
GARY KIGER,
TOM SHARKEY, and
JAMES FRANCIS,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**      10:02 a.m.

Court calls case.  Appearances of counsel by telephone.

Discussion regarding Defendants' Motion for Limited Protective Order Regarding Confidential Information (Doc. #108, filed 9/12/07).

**ORDERED:** For reasons stated on the record, Defendants' Motion for Limited Protective Order Regarding Confidential Information (Doc. #108, filed 9/12/07), is GRANTED.

**Court in recess:**       10:07 a.m.   (Hearing concluded)
**Total time in court:**   0:05