**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-00891-REB-MEH

T&H LANDSCAPING , LLC, and
NORTHERN LANDSCAPE, INC.,

Plaintiffs,

v.

COLORADO STRUCTURES INC.,
TIM PHELAN,
SCOTT NORMAN,
ROB OLDACH,
GARY KIGER,
TOM SHARKEY, and
JAMES FRANCIS,

Defendants.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the plaintiffs' **Unopposed Motion To Accept as Filed Exhibits To Plaintiffs' Response To Defendants' Motion for Partial Summary Judgment** [#126], filed October 29, 2007. The motion is **GRANTED**, and exhibits previously filed with document #124 are accepted for filing.

Dated: October 29, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.