IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 06-cv-00891-REB-MEH          Date:   November 28, 2007
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom C203**

---

T & H LANDSCAPING, LLC,                       Brian A. Murphy

    Plaintiff,

vs.

NORTHERN LANDSCAPING, INC.,                   Stephen Hess
COLORADO STRUCTURES INC.,
TIM PHELAN,
SCOTT NORMAN,
ROB OLDACH,
GARY KIGER,
TOM SHARKEY, and
JAMES FRANCIS,

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     9:36 a.m.

Court calls case.  Appearances of counsel.  Also present: Tim Phelan and Rob Oldach.

Argument and discussion regarding Plaintiff's Second Motion to Compel and for Sanctions (Doc. #130, filed 11/2/07).

10:06 a.m.     The Court will take a brief recess in this hearing to take another hearing by telephone.

10:24 a.m.     Court in session.  Continued argument and discussion regarding Plaintiff's Second Motion to Compel and for Sanctions (Doc. #130, filed 11/2/07).

**ORDERED:**  The Court takes the motion under advisement and will issue a written order.

**Court in recess:**     10:34 a.m.  (Hearing concluded)

**Total time in court:** 0:40