IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and NORTHERN LANDSCAPE, INC.,

    Plaintiffs,
v.

COLORADO STRUCTURES INC., TIM PHELAN, SCOTT NORMAN,
ROB OLDACH, GARY KIGER, TOM SHARKEY, and JAMES FRANCIS,

    Defendants.
_____

## ORDER ON PLAINTIFF'S SECOND MOTION TO COMPEL AND FOR SANCTIONS
_____

Before the Court is Plaintiffs' Second Motion to Compel and for Sanctions [Docket #130]. The matter is briefed and has been referred to this Court for resolution [Docket #131]. Oral argument was held on November 28, 2007. For the reasons stated below, the Court **grants in part** and **denies in part** the Motion to Compel.

The Court issued its Order on Plaintiffs' first Motion to Compel on August 28, 2007, directing Defendant Colorado Structures, Inc. ("CSI") to produce certain documents. Plaintiffs contend that Defendant has deliberately withheld certain relevant documents, including change order logs. On this issue, Defendant argues that the Court did not order production of these documents and that, in any event, that are not routinely kept by the corporation. The Court understands Defendant's argument regarding the scope of this Court's Order. However, given the arguably relevant nature of any such documents, the Court will direct Defendant to request from any project managers still employed by Defendant any change order logs for all jobs either in the sampling previously ordered or for which Plaintiffs performed work. CSI should request this information no

later than December 3, 2007, and should provide copies of any change order logs obtained from its employees to Plaintiffs on or before December 10, 2007.

Plaintiffs also seek documents that Defendants admit were removed from the files produced to Plaintiffs due to other pending litigation. Defendants acknowledge the need to produce these files, and the Court directs them to do so no later than December 10, 2007.

Plaintiffs further seek the general ledger of Defendant Colorado Structures. The Court previously denied this request as unduly burdensome and not relevant, but invited Plaintiffs to renew the request if necessary. Plaintiffs have not provided sufficient cause for the Court to modify its decision denying such discovery. Importantly, District Judge Blackburn granted summary judgment to Defendant on Plaintiffs' RICO claims on November 26, 2007. In doing so, Judge Blackburn stated, "Plaintiffs' evidence comes nowhere near meeting this burden" and that the evidence presented was "patently insufficient to demonstrate the existence of a genuine issue of material fact for trial." Dock. #136, pp. 10-11. While Plaintiffs' COCCA claim, the Colorado state law equivalent of RICO remains pending (and Defendants did not move for summary judgment on this claim), this recognition of Judge Blackburn of Plaintiffs' lack of evidence cautions this Court against allowing Plaintiff a fishing expedition into Defendant CSI's business records in an attempt to revitalize these claims on the eve of trial. This Court has every intention of having this case in a position to be tried in Judge Blackburn's time frame. The Court further rejects Plaintiffs' contention that more time for discovery may be necessary prior to trial to alleviate prejudice caused by Defendants' failure to produce documents when Plaintiffs displayed no diligence during the discovery process in seeking these documents. Specifically, Defendant CSI served its objections on October 2, 2006, and Plaintiffs did not file their first motion to compel until July 31, 2007, after the end of discovery. Dock. #84.

Finally, the Court has reviewed Plaintiffs' other arguments and finds that the majority of this motion could have been handled between the parties with adequate conferring, as required by Local Rule 7.1.A. Accordingly, the Court declines to award fees, especially given the limited relief granted.

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiffs' Second Motion to Compel and for Sanctions [Filed April 27, 2007; Docket #130] is **granted in part** and **denied in part**.

Dated at Denver, Colorado, this 29th day of November, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge