IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and
NORTHERN LANDSCAPE, INC.,

      Plaintiffs,

v.

COLORADO STRUCTURES INC.,
TIM PHELAN,
SCOTT NORMAN,
ROB OLDACH,
GARY KIGER,
TOM SHARKEY, and
JAMES FRANCIS,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 12, 2007.**

Defendants' Motion to Compel Substitution of Real Party in Interest and Motion for Leave to Conduct Limited Discovery Related to Ownership of the Claims in Question [Docket #139] is **granted**. To determine the scope of discovery to be allowed, counsel for the parties are directed to appear in person for oral argument on this matter on Friday, **December 14, 2007, at 9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The parties shall also be prepared to address Defendants' Motion to Compel Plaintiffs' Forthwith Compliance with Pretrial Order or, in the Alternative, to Strike Plaintiff's Trial Exhibits [Docket #151], as well as any potential settlement of this matter.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.