IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00891-REB-MEH

T&H LANDSCAPING, LLC. and
NORTHERN LANDSCAPE, INC.,

       Plaintiffs,

v.

COLORADO STRUCTURES INC.,
TIM PHELAN,
SCOTT NORMAN,
ROB OLDACH,
GARY KIGER,
TOM SHARKEY, and
JAMES FRANCIS

       Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 13, 2007.**

       Plaintiffs' Motion to Enter Sanctions Against Defendants Including Entry of Default Judgment for Perjury, Obstruction of Justice, Contempt of Court and Conspiracy [Filed December 13, 2007; Docket #158] is **stricken**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer.