**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00891-REB-MEH

T&H LANDSCAPING , LLC, and
NORTHERN LANDSCAPE, INC.,

    Plaintiffs,

v.

COLORADO STRUCTURES INC.,
TIM PHELAN,
SCOTT NORMAN,
ROB OLDACH,
GARY KIGER,
TOM SHARKEY, and
JAMES FRANCIS,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter before the court is plaintiff's **Motion To Enter Default Judgment And Referral To US Attorney For Prosecution Of Perjury, Obstruction of Justice, and Conspiracy** [#163], filed December 17, 2007. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: December 17, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.