IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 06-cv-00891-REB-MEH | Date: December 14, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| T&H LANDSCAPING, LLC, and<br>NORTHERN LANDSCAPE, INC., | Brian A. Murphy |
| Plaintiffs, | |
| vs. | |
| COLORADO STRUCTURES INC.,<br>TIM PHELAN,<br>SCOTT NORMAN,<br>ROB OLDACH,<br>GARY KIGER,<br>TOM SHARKEY, and<br>JAMES FRANCIS, | Stephen Hess<br>Paul F. Lewis |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING - EVIDENTIARY HEARING**

**Court in session:** 9:36 a.m.

Court calls case. Appearances of counsel. Also present: Kevin Whitelaw, Rob Oldach.

The Court advises counsel that the evidentiary hearing will go forward on the issue of limited discovery regarding the substitution of the real party in interest. Kevin Whitelaw will testify today regarding the substitution of the real party in interest, in lieu of a deposition.

**ORDERED:** If a deposition of James Whitelaw is still needed after today's hearing, that deposition shall be completed by close of business on Monday, December 17, 2007.

**ORDERED:** With regard to Defendants' Motion to Compel Plaintiffs' Forthwith Compliance with Pretrial Order or, in the alternative, to Strike Plaintiffs' Trial Exhibits (Doc. #151, filed 12/10/07), the motion is **granted** to the extent that both parties will provide a notebook of exhibits, properly numbered, to each other by close of business on Monday, December 17, 2007; and any exhibit not so produced will be stricken.

9:37 a.m.   Kevin Whitelaw is sworn and examined by Mr. Hess.

10:10 a.m.   Kevin Whitelaw is examined by Mr. Murphy.

10:13 a.m.   Witness is excused.

Discussion regarding evidence of payment of legal fees. Counsel are directed to resolve that issue informally.

Discussion regarding substitution of real parties in interest and regarding preparation of exhibits for trial.

Marked for identification, Whitelaw Supplemental Deposition Exhibit 1.

**Court in recess:**   **10:22 a.m.   (Hearing concluded)**
**Total time in court:**   0:48